

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00150-CR

Arturo D. **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7463
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 22, 2014.

Marialyn Barnard, Justice